FILE COPY



# Fourth Court of Appeals
## San Antonio, Texas

January 16, 2014

No. 04-13-00605-CV

**KING RANCH, INC**.,
Appellant

v.

Juan Antonio **GARCIA**, Gonzalo Chapa, Jr., and Carmen S. Chapa,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 12-11-51704-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The Appellant's Motion for Leave to file Amended Brief is hereby GRANTED. The Appellant's Amended Brief is deemed filed as of January 13, 2014.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of January, 2014.

_____
Keith E. Hottle
Clerk of Court